**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-20-0000498**
**28-JAN-2021**
**09:25 AM**
**Dkt. 59 ORD**

NO. CAAP-20-0000498

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JOEL SHAWN RAND, Plaintiff-Appellant/Cross-Appellee, v.
KEHAULANI MUNOS RAND, now known as KEHAULANI MUNOS,
Defendant-Appellee/Cross-Appellant

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-D NO. 11-1-0371)

ORDER APPROVING STIPULATION TO DISMISS CROSS-APPEAL
(By:  Ginoza, Chief Judge, Leonard and Hiraoka, JJ.)

Upon consideration of the Stipulation to Dismiss Cross-Appeal (**Stipulation**), filed November 23, 2020, by Defendant-Appellee/Cross-Appellant Kehaulani Munos Rand, now known as Kehaulani Munos, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the cross-appeal and bear their own attorneys' fees and costs related to the cross-appeal; (3) the Stipulation is signed by counsel for all parties appearing in the appeal and cross-appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the cross-appeal is dismissed.  The parties shall

bear their own attorneys' fees and costs related to the cross-appeal.

DATED:  Honolulu, Hawaiʻi, January 28, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Keith K. Hiraoka
Associate Judge